BERNARD ROWLEY, as Public Welfare Officer of the Town of Fabius, Appellant, *v.* J. GARFIELD FULLER et al., as Executors of JENNIE L. FULLER, Deceased, Respondents.

Argued October 19, 1937; decided November 16, 1937.

*Gustav P. Blaustein* for appellant.

*Cleveland J. Kenyon* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.